Case: 1:25-mj-00284
Assigned To: Judge Harvey, G. Michael
Assign. Date: 12/18/2025
Description: COMPLAINT W/ARREST WARRANT

## Statement of Facts

On December 16, 2025, at around 21:25 hours, members of the Metropolitan Police Department ("MPD") Sixth District Crime Suppression Team, were operating marked police vehicles and in full MPD uniform. Members pulled into the BP Gas Station located at 4400 Benning Road Northeast and observed a black Dodge Challenger idling at the pump. As officers began running the plate of the vehicle in Wales/NCIC, officers observed the sole occupant of the vehicle, later identified as Marvin Allen VERTER Jr., exit the driver's seat and walk toward the gas station. VERTER was wearing a black winter coat, a black cap, grey jeans, and a black satchel.

Officer Justin Shazier ("Officer Shazier") walked to the driver's side windshield and used his flashlight to illuminate the passenger compartment of the vehicle. Officer Shazier observed a black extended magazine for a handgun in plain view on the driver's side floorboard. *See* Figure 1. Officer Shazier then notified the other on-scene members via his radio. At the time VERTER left the vehicle to the time of the discovery of the magazine, no one aside from law enforcement was near the vehicle.



***Figure 1: Picture of the extended magazine on the floorboard.***

Officers then proceeded to walk into the gas station to detain VERTER. Upon a search of VERTER's satchel, officers recovered a Glock 27 .40 caliber handgun, bearing serial number XLB001, loaded with one round of .40 caliber ammunition in the chamber, and 13 additional rounds in the 13 round capacity magazine. The firearm was equipped with an Auto Sear/Switch that converted the firearm into an automatic weapon.

Inside the satchel, officers also recovered VERTER's wallet, which contained his District of Columbia license, Social Security card, and several other cards imprinted with VERTER's name. On VERTER's person, officers recovered a large amount of U.S. currency. Additionally, VERTER was in possession of the Dodge Challenger keys.

VERTER stated on scene that the vehicle was registered to VERTER's mother, but VERTER made statements on scene referring to the vehicle as his car.

During the probable cause search of the vehicle, officers recovered:

- A 29 round capacity black extended magazine on the driver side floorboard;
- An employment identification card with VERTER's name and photograph in the center console;
- A digital scale and a large bag containing a green leaf substance (weighing 173.5 grams), which field tested positive for THC, the active ingredient in marijuana, in a black backpack located in the front passenger seat.
- A black bulletproof vest and a voided driver's license with VERTER's name in the trunk of the vehicle.

In total, officers recovered $616.00 in U.S. currency.

VERTER's identity was confirmed, and it was confirmed that VERTER did not have a license to carry a firearm in the District of Columbia. A criminal history check showed that VERTER was previously convicted in Superior Court for the District of Columbia case number 2011-CF1-012118 of Accessory After the Fact to Murder, and sentenced to 84 months of incarceration. Additionally, VERTER was previously convicted in Superior Court for the District of Columbia case 2012-CF2-004933 of Tampering with Physical Evidence, Obstruction of Justice (Witness or Officer), and Obstruction of Justice (Due Administration), and sentenced to 20 months, 60 months, and 60 months of incarceration to the charges, respectively.

Accordingly, VERTER would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge VERTER with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

_____

Special Agent Nobi Thomas
ATF

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on December 18, 2025

_____

The Honorable G. Michael Harvey
United States Magistrate Judge

2